UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 15-0898- SS | Date | June 10, 2015 |
|---|---|---|---|
| Title | Christine Garcia v. The Palms Gentlemens Club | | |

| Present: The Honorable | SUZANNE H. SEGAL, UNITED STATES MAGISTRATE JUDGE | |
|---|---|---|
| Marlene Ramirez | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE**

   The Court, on its own motion, hereby orders plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution as to defendant. Plaintiff must file a response to this order or file the proof of service of summons and complaint pursuant to Rule 4 on or before June 24, 2015.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | mr | |