O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTINE GARCIA, | ) | Case No. CV 15-00898 DDP (RAOx) |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE WHY THIS** |
| | ) | **ACTION SHOULD NOT BE DISMISSED** |
| v. | ) | |
| | ) | |
| THE PALMS GENTLEMEN'S CLUB, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

On June 27, 2016, this Court granted the Law Office of Robert Starr's Motion for Withdrawal As Attorney of Record for Plaintiff Christine Garcia. (Dkt. 36.) In support of the motion, Plaintiff's attorney informed the court that Garcia had independently settled the case with Defendant The Palms Gentlemen's Club. (Motion for Withdrawal 2.) Having been informed that the case has settled, the Court hereby orders Plaintiff to provide the Court with an update on the status of this case. Plaintiff shall file a written status

//

//

//

1 | report within fourteen days from the date of this Order. Failure to
2 | file a report will result in the dismissal of this action.

4 | IT IS SO ORDERED.

6 | Dated: June 29, 2016

                                            DEAN D. PREGERSON
                                            United States District Judge